UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-23879-CIV-ALTONAGA/O'Sullivan

**FEDERAL TRADE COMMISSION**,

    Plaintiff,
vs.

**CENTRO NATURAL CORP.**, *et al.*,

    Defendants, and

**BIONORE INC.**, *et al.*,

    Relief Defendants.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court on the Joint Motion to Stay Proceedings for 90 Days Pending Approval of Proposed Settlements ("Motion") [ECF No. 165]. As described by the title of the Motion, the parties request a stay of 90 days to allow time for approval of the parties' proposed settlement agreements. After careful consideration of the Motion, and being fully advised, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only, and all pending motions are **DENIED** as moot. The Court nonetheless retains jurisdiction of the case, and this Order does not change or affect the Preliminary Injunctions [ECF Nos. 131, 143, and 152], which remain in full force, as well as the Order on Default Final Judgment [ECF No. 148]. The parties are to file a status report within 90 days of the date of this Order. If the parties fail to complete the expected settlement, any party may request the Court to reopen the case.

CASE NO.   14-23879-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of May, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record